Doris Jean KENDALL, Appellant,

v.

Lee KENDALL, Appellee.

Lee KENDALL, Cross-Appellant,

v.

Doris Jean KENDALL, Cross-Appellee.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Douglas M. Stephens, O'Hara, Ruberg & Cetrulo, Covington, for appellant.

Frank A. Wichmann, Covington, for appellee.

Memorandum opinion of the Court by Justice STEINFELD, Reversing on the Appeal, Reserving the Issue on the Cross-Appeal.*

---

TWIN PEAK COAL COMPANY, INC.

v.

Eugene CALDWELL and Kentucky Workmen's Compensation Board.

Court of Appeals of Kentucky.

Feb. 16, 1973.

William A. Rice, Gayle G. Huff, Rice & Huff, Harlan, for appellant.

Grant F. Knuckles, Pineville, for appellees.

Memorandum opinion of the Court by Commissioner GARDNER, Reversing.*

---

James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund, etc.

v.

BRACK SEALE et al.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Gemma M. Harding, Dept. of Labor, Louisville, for appellant.

Edward Jackson, Beattyville, Steve Robbins, Richmond, for appellee Brack Seale.

Buford Short, Rose & Short, Beattyville, for appellee Congleton Brothers, Inc.

Memorandum opinion of the Court by Commissioner GARDNER, Reversing.*

---

Kenneth Richard LAIR, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Charles V. Collins, Lexington, for appellant.

Ed. W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum opinion of the Court by Justice STEPHENSON, Reversing.*

* Opinion ordered not to be published.